**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO.: 25-00149-KD-B |
| ) | |
| SANTOS ARNALDO GOMEZ-JUAREZ ) | |
|   Defendant. ) | |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, (Doc. 22), and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Indictment, charging a violation of Title 8, United States Code, § 1326(a), Illegal Reentry, is accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **October 2, 2025, at 1:00 p.m.** in US Courthouse, Courtroom 4B, 155 St. Joseph Street, Mobile, AL 36602.

**DONE** and **ORDERED** this **12th** day of **September 2025.**

 /s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**